AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Evita Latrenda Flanning<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:20MJ2146AAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 6, 2020__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115 (a)(1)(B) | Threats against all Federal employees |

This criminal complaint is based on these facts:

As further described in the attached affidavit of U.S. Department of Homeland Security, Federal Protective Service Inspector Carlos Walton.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Carlos Walton, Federal Protective Service
*Printed name and title*

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed R Crim P. 4.1 and 4(d)

Sworn to before me and signed in my presence.

Date: November 13, 2020

_____
*Judge's signature*

City and state: Tampa, Florida

Amanda Sansone, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carlos Walton, a Federal Officer with the U.S. Department of Homeland Security (DHS), Federal Protective Service (FPS), Tampa office, Florida, being duly sworn, do depose and state:

### Officer Background and Purpose of Affidavit

1. I am a law enforcement officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, more specifically, to enforce Federal laws and regulations for the protection of persons and property. I have been employed as a law enforcement officer for more than twelve years and have served as a Federal officer for the Federal Protective Service since March 2016. I am a graduate of the federal law enforcement training center.

2. This affidavit is provided for the limited purpose of establishing probable cause for the issuance of a criminal complaint against **Evita Latrenda FLANNING ("FLANNING")**. It is not intended to include each and every fact and detail known to me or to other law enforcement officers surrounding this investigation. I have set forth only those facts that I believe are necessary to establish probable cause. The information set forth in this affidavit is based on: my personal participation in this investigation, information provided to me by other individuals including other law

enforcement officers, my review of records, reports, and documents related to this investigation, and communications with other individuals who have personal knowledge of the events and circumstances described herein.

3. This affidavit is submitted in support of a criminal complaint against **FLANNING**. I respectfully submit the affidavit contains probable cause to believe that on or about November 6, 2020, in Hillsborough county, in the Middle District of Florida, **FLANNING** did knowingly and willfully threaten to assault a federal official, specifically employees of the Social Security Administration, with intent to impede, intimidate, or interfere with such federal official while the federal official was engaged in the performance of their official duty, and to retaliate against such federal official on account of the performance of their official duty, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## Probable Cause

4. On or about Thursday, October 29, 2020 in the afternoon, the Social Security Administration ("SSA") office at 4010 Gunn Highway, Suite 100, Tampa, Florida, 33618 received a telephone call from an individual who self-identified herself as Evita FLANNING. The individual provided her name and social security number.

5. Based on records maintained by SSA, the name and social security number provided by the caller match Evita Latrenda FLANNING, a Social Security disability beneficiary residing in Tampa, Florida. FLANNING was found disabled by SSA due to Mood and Affective Disorder in or around October 2002. FLANNING has been receiving both Disability Insurance Benefits and Supplemental Security Income ("SSI") since in or around December 2004. FLANNING has been appointed a representative payee to handle her benefits.

6. In or around September 2020, SSA learned that FLANNING'S household income had increased. FLANNING'S representative payee had not reported this change in household income. SSA determined that, as a result of this unreported income, FLANNING's monthly SSI benefit would have been reduced. SSA therefore assessed an overpayment on her account.

7. Due to the assessed overpayment, SSA began withholding FLANNING's monthly benefit payments. FLANNING received her last check from SSA in or around September 2020.

8. FLANNING began calling the SSA office repeatedly, getting progressively angrier, after her monthly benefit payments ceased.

9. The statements made by FLANNING and the SSA representatives in the following paragraphs are not verbatim, word-for-word the telephone

conversations but are approximations based on the recollections of the involved SSA representatives.

10. During the October 29, 2020, telephone call to the SSA office, FLANNING spoke with SSA Employee 1. SSA Employee 1 stated that FLANNING called inquiring about unpaid benefits.

11. SSA Employee 1 advised FLANNING that she would not be receiving any benefits due to a previous overpayment and the increase to her household income. SSA Employee 1 stated that FLANNING got upset and called SSA Employee 1 a b***h and asked to speak with a supervisor.

12. SSA Employee 1 advised FLANNING that she could call and speak with SSA Employee 2.

Continuing this date:

13. SSA Employee 2 reported that later on October 29, 2020, she called the number provided by FLANNING and spoke with FLANNING. SSA Employee 2 stated that she identified herself to FLANNING and the reason for the call. FLANNING put her husband, who is FLANNING's representative payee, on the phone.

14. FLANNING has a representative payee due to prior violent behavior toward SSA employees and a previous physical altercation with an SSA Protective Service Officer.

15. During the telephone call, SSA Employee 2 stated that FLANNING's husband started to argue with SSA Employee 2 regarding the withholding of the overpayment.

16. FLANNING's husband gave the phone back to FLANNING. SSA Employee 2 reported that FLANNING stated, "I'm going to come blow SSA sh*t up." SSA Employee 2 advised FLANNING that she cannot say things like that towards a federal facility or federal employees. According to SSA Employee 2, FLANNING responded that SSA Employee 2 had lied to her and she was going to make SSA Employee 2 pay. FLANNING hung up, ending the call, and SSA Employee 2 reported the incident to her supervisor.

17. On or about Monday, November 2, 2020, in the afternoon, Federal Protective Service Officers Samuel BELL and I, Carlos WALTON, arrived at 16024 Split Log Drive, Tampa, Florida, FLANNING's last known address according to SSA records.

18. Your affiant was able to look inside the window due to no covering on the windows. There was no one living at the residence. Your affiant spoke with the neighbors and was advised that FLANNING had been evicted a month ago from the residence.

19. Your affiant contacted FLANNING via telephone at the number provided by the SSA office. FLANNING answered and identified herself as Evita

FLANNING. Your affiant advised FLANNING my reason for calling and asked if she could give me an address to meet with her to discuss the incident with the SSA office.

20. FLANNING stated, "why are you calling me?" and voluntarily added, "I only said I should come blow they sh*t up." Your affiant advised FLANNING that I needed to meet her, to sit down, and get her side of the story. FLANNING got upset and started screaming and yelling. FLANNING ended the call by hanging up.

21. On or about Thursday, November 5, 2020, in the morning, SSA Employee 3 reported that she received a call from FLANNING. FLANNING immediately started yelling and stated during the conversation "B*t*h I'm going to beat your a**." FLANNING ended the call by hanging up. SSA Employee 3 stated that FLANNING called several more times throughout the day and made threats. SSA Employee 3 attempted to push the call trace button to record the conversations; however, the call trace function was not working.

22. On or about Friday, November 6, 2020, in the morning, FLANNING showed up at the SSA office with her husband. FLANNING was seen on video walking around the back of the building to the SSA employees' parking and entrance area.

23. FLANNING was unable to gain access to the building via the employee entrance and then walked to the front of the building to the visitors' entrance. The SSA Protective Service Officer on duty observed FLANNING strike the door with force with her hand in a hammer strike motion and kick the door with her foot while yelling that she was going to kick their a**; she wants her money.

Continuing this date:

24. Later on November 6, 2020, Federal Protective Service Officers, including your affiant, and Hillsborough County Sheriff's Office deputies arrived on scene and discovered a female subject, later identified as Evita FLANNING, on foot in the parking lot of the SSA office.

25. Your affiant advised FLANNING that she could not be on SSA property due to her having received a letter from SSA stating that she was banned from all SSA offices because of her prior behavior with SSA employees.

26. FLANNING was upset and stated that they are playing with her money and she want her money today. FLANNNING stated that she showed up to the office because SSA will not give her money owed to her and she was coming to collect today.

27. Your affiant issued FLANNING a Disorderly Conduct violation and Hillsborough County Sherriff's deputies issued FLANNING a trespass

notice. FLANNING left the scene in a white Nissan Maxima, Florida Tag (ITLU80), which vehicle had damage to the rear bumper.

28. On or about Friday, November 6, 2020, in the afternoon, FLANNING left a message on SSA voicemail for SSA Employee 4. SSA Employee 4 emailed your affiant a copy of the recording.

29. Your affiant played the recording and heard FLANNING state, "[SSA Employee 4] you are acting like you don't know me or my husband." SSA Employee 4 had handled her case in the past. FLANNING also said, "SSA is playing with my money bi**h and I don't care about the police or anybody, f**k n*gg*r. I don't have to catch you on property, I will catch you off property, I mean that shit." FLANNING went on to state "you all keep playing with my money, SSA is going to find out who the f**k I really am, you p***y a**, n*gg*r." FLANNING also can be heard on the voicemail stating "[SSA Employee 4] and [SSA Employee 3] and other SSA representatives are going to get it, I am not scared of the law and I am not scared of you all." FLANNING further stated, "you can hide your a** behind there, I don't have to come on your property f**k n*gg*r remember boo who is a mother f**k*r." The call ended.

30. On or about Friday, November 6, 2020, in the afternoon, SSA Employee 3 exited the SSA office and got into her vehicle to drop off mail in the FedEx box located in the same parking lot as the SSA office.

31. SSA Employee 3 stated that she observed a white vehicle, parked as if to conceal the vehicle, behind an electrical box in the parking lot of the SSA office. SSA Employee 3 stated that as she proceeded to the FedEx box, the white vehicle pulled behind her vehicle, tailgating her.

32. SSA Employee 3 stated that she pulled over to let the car pass, at which time the white vehicle pulled alongside her vehicle with the window down. SSA Employee 3 reported that a black, heavy-set female, whom she recognized as FLANNING, yelled out the window and stated, "I know you work for SSA; I'm going to beat you're a** and the other SSA employees."

33. SSA Employee 3 stated that she told FLANNING she was going to call the police. FLANNING's vehicle left the scene. SSA Employee 3 stated that FLANNING was driving a white car with no bumper on the rear.

34. Your affiant performed a criminal history check on FLANNING. Your affiant learned that FLANNING has several convictions for battery and is a convicted felon. FLANNING also has a protective order against her out of Orlando, Florida. Further, on September 4, 2020, prior to the threats

described herein, FLANNING unsuccessfully attempted to purchase a firearm.

35. FLANNING has had contact with law enforcement on several occasions prior to this incident and regarding this incident. FLANNING ignored the SSA office ban letter she received, and the Hillsborough County Sherriff's Office trespass notice.

## Conclusion

36. Your affiant respectfully submits that there is probable cause to believe that Evita Latrenda FLANNING knowingly and willfully threatened to assault a federal official, specifically employees of the Social Security Administration, with intent to impede, intimidate, or interfere with such federal official while the federal official was engaged in the performance of their official duty, and to retaliate against such federal official on account of the performance of their official duty, in violation of Title 18, United States Code, Section 115(a)(1)(B).

This completes my affidavit.

*[signature]*
Carlos Walton, Inspector
Federal Protective Service

Sworn to and subscribed before me  Over the telephone and
This 13th day of November, 2020    signed by me pursuant to
                                    Fed R Crim P. 4.1 and 4(d)

*[signature]*
Amanda Arnold Sansone
United States Magistrate Judge