AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
20 NOV 16 AM 10: 56
MIDDLE DIST. OF FLORIDA
TAMPA

FILED
2020 NOV 19 AM 11: 48
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| EVITA LATRENDA FLANNING | ) | 8:20MJ2146AAS |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Evita Latrenda Flanning ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Threats Against All Federal Employees    (18 U.S.C. § 115 (a)(1)(B))


Date: November 13, 2020

_____
Issuing officer's signature

City and state: Tampa, Florida

Amanda Sansone, USMJ
Printed name and title

### Return

This warrant was received on *(date)* 11-16-20 , and the person was arrested on *(date)* 11-13-20
at *(city and state)* TAMPA, FL .

Date: 11-17-20

_____  SIGN FOR FPS
Arresting officer's signature

Roger Devall    ODUSM
Printed name and title